```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 15242
   LYNDELL BROWN
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-3654


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 06/13/2008 and was not confirmed.

      The case was dismissed without confirmation 08/18/2008.
------------------------------------------------------------------------------
 CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
 WELLS FARGO BANK           CURRENT MORTG          .00           .00           .00
 WELLS FARGO BANK           MORTGAGE ARRE    17000.00            .00           .00
 CHASE MANHATTAN BANK       NOTICE ONLY     NOT FILED            .00           .00
 JPMORGAN CHASE BANK        CURRENT MORTG          .00           .00           .00
 WASHINGTON MUTUAL          CURRENT MORTG          .00           .00           .00
 WASHINGTON MUTUAL          MORTGAGE ARRE     3200.00            .00           .00
 SPRINT PCS                 UNSEC W/INTER  NOT FILED             .00           .00
 RADIOLOGY PHYSICIANS       UNSEC W/INTER  NOT FILED             .00           .00
 AMERICAN GENERAL           UNSEC W/INTER  NOT FILED             .00           .00
 VIVIAN MOORE               NOTICE ONLY    NOT FILED             .00           .00
 LOWELL JEFFERSON           NOTICE ONLY    NOT FILED             .00           .00
 TURETTA CORA               NOTICE ONLY    NOT FILED             .00           .00
 MELANIE HOUSTON            NOTICE ONLY    NOT FILED             .00           .00
 WASHINGTON MUTUAL          NOTICE ONLY    NOT FILED             .00           .00
 EMC MORTGAGE               NOTICE ONLY    NOT FILED             .00           .00
 WELLS FARGO BANK           UNSECURED      NOT FILED             .00           .00
 JPMORGAN CHASE BANK        SECURED NOT I    2385.94             .00           .00
 WELLS FARGO BANK           NOTICE ONLY    NOT FILED             .00           .00
 JEFFERSON CAPITAL SYSTEM   UNSECURED          469.24            .00           .00
 MARTIN J OHEARN            DEBTOR ATTY     2,774.00                           .00
 TOM VAUGHN                 TRUSTEE                                            .00
 DEBTOR REFUND              REFUND                                             .00

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
 TRUSTEE                     .00

 PRIORITY                                         .00
 SECURED                                          .00
 UNSECURED                                        .00
 ADMINISTRATIVE                                   .00
 TRUSTEE COMPENSATION                             .00
 DEBTOR REFUND                                    .00

                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 15242 LYNDELL BROWN
```

```
                            ---------------        ---------------
TOTALS                                 .00                    .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
    Dated: 11/19/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```